UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MARK MAZER,

                       Petitioner,

     -against-

UNITED STATES OF AMERICA,

                       Respondent.

------------------------------------- x

ORDER

18 Civ. 769 (GBD)

GEORGE B. DANIELS, United States District Judge:

     The Petitioner's request that he be permitted to respond further to the Respondent's surreply is DENIED.

Dated: New York, New York
       April 30, 2020

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge