**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK MAZER,

                              Petitioner,

        -against-

UNITED STATES OF AMERICA,

                            Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER</u>

18 Civ. 769 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The Government is directed to obtain all medical records pertaining to Petitioner from

Duke University Medical Center and FMC Butner and provide such records to defense counsel.

Petitioner's request for immediate release from BOP custody is DENIED, without prejudice to

renew such a motion upon receipt and review of the referenced medical records.

Dated: New York, New York
       December 14, 2020

                                    SO ORDERED.

                                  *George B. Daniels*

                                  GEORGE B. DANIELS
                                  United States District Judge