UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARK MAZER,

                              Petitioner,

     -against-

UNITED STATES OF AMERICA,

                            Respondent.

------------------------------------- x

ORDER

18 Civ. 769 (GBD)

GEORGE B. DANIELS, United States District Judge:

Petitioner's unopposed motion for compassionate release from BOP custody pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) is GRANTED.

Dated: New York, New York
       March 30, 2021

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge