UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

MARK MAZER,

                          Plaintiff,

  -against-

UNITED STATES OF AMERICA,

                         Defendant.

------------------------------------------------------------ X

ORDER

18 Civ. 00769 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 29 2021

GEORGE B. DANIELS, District Judge:

    The Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: April 29, 2021
      New York, New York

                                                      SO ORDERED.

                                                      *George B. Daniels*
                                                      GEORGE B. DANIELS
                                                      UNITED STATES DISTRICT JUDGE